UNITED STATES DISTRICT COURT
District of Maine

| | | |
|---|---|---|
| CHRISTOPHER EDDY, | ) | |
| | ) | |
|    Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 09-313-P-S |
| | ) | |
| VANGUARD CAR RENTAL USA, | ) | |
| INC., et al, | ) | |
| | ) | |
|    Defendants | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on January 21, 2010, his Recommended Decision (Docket No. 42). Plaintiff filed his Objection to the Recommended Decision (Docket No. 44) on February 4, 2010. Defendant filed its Response to Plaintiff's Objection to the Recommended Decision (Docket No. 46) on February 11, 2010.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

    1.    It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

    2.       It is hereby **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 8) is **GRANTED**.

                                             /s/George Z. Singal_____
                                             U.S. District Judge

Dated: February 24, 2010